Jaime A. Cuevas, SBN 277254
LAW OFFICES OF JAIME A. CUEVAS, JR.
200 E. Beverly Blvd, Suite 200
Montebello, California 90640
Telephone: (323) 408-1285
Facsimile: (323) 319-2058

Attorney for Debtor(s)
Javier Barrera

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES COUNTY DIVISION

| | |
|---|---|
| In Re: | Case No: 2:24-bk-10875-NB |
| Javier Barrera | Chapter 7 |
| | DECLARATION OF SOCIAL SECURITY NUMBER. |

**NOTICE TO CRERDIT REPORTING AGENCIES AND CREDITORS**

To EQUIFAX, EXPERIAN (TWR) profile Maintenance, TRANSUNION CORP., Attention: Public Records Department, and all creditors of Barrera, Javier:

Filing of his Chapter 7 bankruptcy case, commenced on January 29, 2024 and Assigned Case Number 2:24-bk-10875-NB

Please be advised that with respect to this debtor for approximately 11 years he used an unauthorized Social Security Number and the number was XXX-XX-6392.

1 | Attached hereto collectively as Exhibit "1" is a declaration by debtor in
2 | which he states which social security number was improperly used by the debtor.
3 | Debtor used the referenced social security number but was never issued this
4 | number by the Social Security Administration.
5 |     To the credit reporting agencies, please cause the debtor's bankruptcy
6 | case information and any reference thereto to be deleted in its entirety from
7 | the credit report of the person(s) having a social security number, XXX-XX-
8 | 6392.
9 |
10 |     To the creditors of Javier Barrera, please make sure that the debtor's
11 | account information deletes any reference to social security number, XXX-XX-
12 | 6392 and that this social security number not be included in any information
13 | that is sent to credit reporting agencies regarding the debtor's accounts.
14 |     For further information or verification, please contact my office
15 | at the above reference telephone number.

Dated: 02/14/2024

_____
Jaime A. Cuevas, Jr.
Attorney for Debtor

Jaime A. Cuevas, SBN 277254
LAW OFFICES OF JAIME A. CUEVAS, JR.
200 E. Beverly Blvd, Suite 200
Montebello, California 90640
Telephone: (323) 408-1285
Facsimile: (323) 319-2058

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES COUNTY DIVISION

In Re: Javier Barrera                ) Chapter 7
                                     ) Case No.: 2:24-bk-10649-NB
                                     )
                                     ) Declaration of Debtor Re: Use of
                                     ) Unauthorized Social Security
                                     ) Number
_____)

   I, Javier Barrera, AKA Javier Barrera Peralta, declare as follows:

1. I am the debtor in the above-entitled bankruptcy case.

2. For 11 years, I used a social security number which was

   not assigned to me by the Social Security Administration and this

   number was XXX-XX-6392 (the "Unauthorized Social Security Number").

3. The Individual Tax Payer Number (ITIN which is listed on my bankruptcy

   petition, was issued to me.

4. I am serving the three credit reporting agencies, creditors, and all

   interested parties as requested by the United States Bankruptcy

   Court.

5. My date of birth is April 5th 1969

6. I am 54 years old.

7. I have lived at the following address:

    a. January 2010 – Present

        556 1/2 Oakforf Dr, Los Angeles CA 90022

I declare under the penalty of perjury under the laws of the United States that the forgoing is true and correct.

    Executed this  02/14/2024  , at Los Angeles County, California.

_____
Javier Barrera

| | |
|---|---|
| In re:<br>**Javier Barrera**<br>**Maria Sanchez**<br>Debtor(s). | CHAPTER: **7**<br>CASE NUMBER: **2:24-bk-10875-NB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**200 E. Beverly Blvd.**
**Ste. 200**
**Montebello, CA 90640**

A true and correct copy of the foregoing document entitled (*specify*): **Declaration Regarding Social Security Number** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **02/14/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**US Trustee: ustpregion16.la.ecf@usdoj.gov**

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **02/14/2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Elissa Miller**
**Chapter 7 Trustee**
**1875 Century Park East, Suite 1900**
**Los Angeles, CA 90067**

**US Trustee**
**915 Wilshire Blvd, Suite 1850**
**Los Angeles, CA 90017**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 14, 2024 | Mayra Ramirez | /s/ Mayra Ramirez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **9013-3.1.PROOF.SERVICE**

```
Javier Barrera
556 1/2 OakFord Dr
Los Angeles, CA 90022


Maria Sanchez
556 1/2 OakFord Dr
Los Angeles, CA 90022


Jaime A. Cuevas, Jr.
Law Offices of Jaime A. Cuevas, Jr.
200 E. Beverly Blvd.
Ste. 200
Montebello, CA 90640


Amazon.com LLC
c/o CSC Lawyers Incorporating Serv
2710 Gateway Oaks Dr, Ste 150N
Sacramento, CA 95833


Apple Card/GS Bank USA
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170


Bank of America
4909 Savarese Circle
Tampa, FL 33634


Capital One
Attn: Bankruptcy Dept
PO Box 30285
Salt Lake City, UT 84130


Citibank
Sears Gold Mastercard
Po Box 31179
Tampa, FL 33631
```

```
Citicards Cbna
Po Box 6217
Sioux Falls, SD 57117


Comenity Capital/Sally Beauty
3075 Loyalty Circle PO Box 182789
Columbus, OH 43218


Comenitycapital/Forever 21
PO Box 182120
Columbus, OH 43218


Credit One Bank
PO Box 98873
Las Vegas, NV 89193


Curacao
1605 W. Olympic Blvd, Suite 600
Los Angeles, CA 90015


Elissa Miller
Chapter 7 Trustee
333 South Grand Avenue. Suite 3400
Los Angeles, CA 90071


Equifax
PO Box 740241
Atlanta, GA 30374


Experian
PO Box 9530
Allen, TX 75013
```

```
Franchise Tax Board
Attn: Bankruptcy Dept
PO Box 2952
Sacramento, CA 95812-0295


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


JC Penney
PO Box 965009
Orlando, FL 32896


Kia Finance America
PO Box 650805
Dallas, TX 75265


LendingClub Corp
Dept. 34268
PO Box 39000
San Francisco, CA 94139


Macy's
PO Box 78008
Phoenix, AZ 85062-8008


Oportun
1600 Seaport Blvd
Redwood City, CA 94063


Syncb/ Jc Penny
Po Box 965007
Orlando, FL 32896
```

```
TD Bank USA/Target Credit
PO Box 1470
Minneapolis, MN 55440


TransUnion
PO Box 6790
Fullerton, CA 92834


US Trustee (L.A)
915 Wilshire Blvd
Suite 1850
Los Angeles, CA 90017
```